UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michelle Jean Rose,                                      Case No. 3:25-cv-1464

        Plaintiff,

    v.                                                   ORDER AND
                                                         JUDGEMENT ENTRY

Commissioner of Social Security,

        Defendant.

On April 27, 2026, United States Magistrate Judge Jonathan D. Greenberg issued a Report

and Recommendation ("R & R") recommending I vacate the Commissioner of Social Security's

decision denying Plaintiff's application for supplemental security income ("SSI") and remand the

case to the Commissioner for further proceedings consistent with the R & R.  (Doc. No. 10).  In the

R & R, he notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of
> Courts within fourteen (14) days after being served with a copy of this document.
> Failure to file objections within the specified time may forfeit the right to appeal the
> District Court's order.  *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).

(*Id.* at 21).

More than fourteen days passed, and no party filed any objection to the R & R.  I consider

their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and

adopt Judge Greenberg's R & R in its entirety as the final Order of this Court.  (Doc. No. 10).  The

Commissioner's decision is vacated, and the case is remanded for further proceedings consistent

with Judge Greenberg's R & R.

So Ordered.

                            s/ Jeffrey J. Helmick
                            United States District Judge